VILLAGE OF NORTHPORT, Respondent, *v.* JOHN L. WALSH, Appellant, Impleaded with Another.

(Argued June 4, 1934; decided July 3, 1934.)

*Friend H. Miller* for appellant.

*John J. King* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.